IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ABHIRUP A. BOKAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Civil Action File No.<br>1:25-CV-03278-ELR |

**ORDER ON DEFENDANT'S MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Having read and considered Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint, and for good cause shown, it is HEREBY ORDERED that Defendant's Motion for Extension of Time is GRANTED. Defendant shall have up to and including October 2, 2025, to answer, plead, or otherwise respond to Plaintiff's Complaint [Doc. 1].

SO ORDERED this 19th day of August, 2025.

_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Aaron J. Ross
AARON J. ROSS
*Assistant United States Attorney*
Georgia Bar No. 461981
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Telephone: 404-581-6228
Facsimile: 404-581-6181
aaron.ross@usdoj.gov

*Counsel for Defendant*